IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-023-RJC-DCK

| PATSY WHITE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| US AIRWAYS, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Kenneth D. Snow, concerning Donald Gist on July 15, 2015. Mr. Donald Gist seeks to appear as counsel *pro hac vice* for Plaintiff Patsy White. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED.** Mr. Donald Gist is hereby admitted *pro hac vice* to represent Plaintiff Patsy White.

**SO ORDERED**.

Signed: July 15, 2015

David C. Keesler
United States Magistrate Judge