IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-023-RJC-DCK

| | |
|---|---|
| PATSY WHITE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| US AIRWAYS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) filed by Kenneth D. Snow, concerning Kiera C. Dillon on July 15, 2015. Ms. Kiera C. Dillon seeks to appear as counsel *pro hac vice* for Plaintiff Patsy White. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) is **GRANTED.** Ms. Kiera C. Dillon is hereby admitted *pro hac vice* to represent Plaintiff Patsy White.

**SO ORDERED**.

Signed: July 15, 2015

David C. Keesler
United States Magistrate Judge