IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-023-RJC-DCK

| | |
|---|---|
| PATSY WHITE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| US AIRWAYS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 33) notifying the Court that the parties reached a settlement on March 16, 2016. The Court commends the parties and Ms. Anderson for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or request additional time to make such a filing, on or before **April 16, 2016**.

**SO ORDERED**.

Signed: March 22, 2016

David C. Keesler
United States Magistrate Judge